**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMANDA HENDERSON**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00104-BSM**

**RED RIVER PHARMACY SERVICES,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE